UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| ROBERT MCGEHEE,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY, AN OHIO CORPORATION,<br><br>Defendant. | 3:13-CV-03014-RAL<br><br>JUDGMENT OF DISMISSAL |

On July 24, 2015, the parties filed a Stipulation and Joint Motion for Judgment of Dismissal, Doc. 45. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 27th day of July, 2015.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE